

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE ESTATE OF OLIVER LEE RENZ, DECEASED, | § | No. 08-21-00042-CV |
| | § | Appeal from the |
| Appellant. | § | County Court at Law |
| | § | of Reeves County, Texas |
| | § | (TC# 3080P) |
| | § | |

# **O**RDER

The Court received and filed the supplemental clerk's record as requested in its order issued January 12, 2022. The appeal is therefore reinstated, and the Appellant's motion for extension of time to file the brief has this day been GRANTED. The Appellant's brief is now due April 8, 2022.

IT IS SO ORDERED this 9th day of March, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.